AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

LUIS M. SARABIA, DIGNA MARINA ARIAS, RAUL MENA ROBLES, ALFONSO CAMPOS, GUADALUPE RAMOS, JAIME LOPEZ LANDEROS, ALMA ADRIANA JIGUAN, MARLENE CECILIA CHICAIZA CUZO, and TOMASA TIROS, on behalf of themselves, and others similarly situated,

*Plaintiff(s)*

v.

THE CLEANING DEPOT OF ROCKLAND COUNTY, INC., and JOEL FULOP a/k/a YOEL FULOP, AND GOLDA H. FULOP, individually,

*Defendant(s)*

Civil Action No. **19 CV 1163**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE CLEANING DEPOT OF ROCKLAND COUNTY, INC.
P.O. BOX 1035, MONSEY, NEW YORK 10952

JOEL FULOP a/k/a YOEL FULOP,
6 BLUEBERRY HILL ROAD, SPRING VALLEY, NEW YORK 10977

GOLDA H. FULOP, 6 BLUEBERRY HILL RD., SPRING VALLEY, NEW YORK 10977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
708 Third Avenue - 6th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
*CLERK OF COURT*

Date: 2/27/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*